1  STEPHEN SOLANO (State Bar No. 80692)
   Attorney at Law
2  1119 - 12th Street, Suite 1
   Modesto, California 95354
3  Telephone: (209) 571-2490
   Facsimile: (209) 576-2235
4
   Attorney for Theodore Furtado Medeiros

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THEODORE FURTADO MEDEIROS, | Case No.: 1:09-CV-01177-OWW-GSA |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DEFENDANT'S MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT** |
| v. | |
| MERCED COUNTY SHERIFF DEPUTY SCOTT CLARK (#5142), individually and in his official capacity, MERCED COUNTY SHERIFF DEPUTY ERIC MACIAS (#5185), individually and in his official capacity, MERCED COUNTY SHERIFF MARK N. PAZIN, individually and in his official capacity, MERCED COUNTY SHERIFF DEPARTMENT, COUNTY OF MERCED, and DOES 1-20, | Date:   October 26, 2009<br>Time:   10:00 a.m.<br>Courtroom: 3 |
| Defendants. | |

The parties to the above-entitled action hereby submit the instant stipulation regarding their proposal to continue the currently set date for the motion to dismiss complaint and motion to strike portions of plaintiff's complaint in this matter, and the proposed new date for this appearance.

Due to a calendaring mistake by plaintiff, the continuance which is being sought is necessary in order to allow plaintiff time to properly respond to defendant's motions.

Through the signatures of their counsel on this stipulation, the parties stipulate to continue the scheduled motion to dismiss complaint and motion to strike portions of plaintiff's complaint hearing,

which are currently set for October 26, 2009, and the parties propose that, should the court's calendar allow it, the motion to dismiss complaint hearing be reset to November 30, 2009 at 10:00 a.m. in Courtroom 3 (OWW) of the above-entitled court, or to such other date after this date as may better suit the court's calendar.

Respectfully submitted,

For the plaintiff Theodore Furtado Medeiros:

Dated: October 21, 2009                    Law Office of STEPHEN SOLANO

By: /s/Stephen Solano
Attorney for Theodore Furtado Medeiros

For the defendant County of Merced:

Dated: October 22, 2009                    JAMES N. FINCHER,
Merced County Counsel

By: /s/James E. Stone
Deputy County Counsel
Attorneys for defendant County of Merced

## ORDER

The court has reviewed the Stipulation set forth above, and the terms and conditions agreed upon therein by all parties and incorporated in this Order. Good cause appearing,

**IT IS ORDERED** that:

1. The motion to dismiss complaint and motion to strike portions of plaintiff's complaint be continued to November 30, 2009, at 10:00 a.m., in Courtroom 3 (OWW) of the above-entitled court;

IT IS SO ORDERED.

**Dated:   October 22, 2009**              /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

2