1

2

3  STEPHEN SOLANO (State Bar No. 80692)
   Attorney at Law
   1119 - 12th Street, Suite 1
4  Modesto, California  95354
   Telephone: (209) 571-2490
5  Facsimile:  (209) 576-2235

6  Attorney for Theodore Furtado Medeiros

7

8

                    **IN THE UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11

12 THEODORE FURTADO MEDEIROS,          :       Case No.: 1:09-CV-01177-OWW-GSA
                                       :
13                                     :
           Plaintiff,                  :       **ORDER GRANTING SUMMARY**
14                                     :       **JUDGMENT IN PART AND DENYING**
                                       :       **SUMMARY JUDGMENT IN PART**
      v.                               :
15                                     :
   MERCED COUNTY SHERIFF DEPUTY        :
16 CLARK (#5142), individually and in his :
   official capacity, MERCED COUNTY    :
17 SHERIFF DEPUTY ERIC MACIAS          :
   (#5185), individually and in his official :
18 capacity, and DOES 1-20,            :
                                       :
19         Defendants.                 :
                                       :
20 _____   :

21
        The motion of defendants for summary judgment came on regularly for hearing before this
22
   Court on July 18, 2011 and Stephen Solano appeared as attorney for plaintiff and James E. Stone
23
   appeared as attorney for defendants.
24
        After considering the moving and opposition papers, arguments of counsel and all other matters
25
   presented to the Court, the Court issued its Memorandum of Decision Re: Motion for Summary
26
   Judgment August 2, 2011.  Pursuant to the Court's memorandum, IT IS ORDERED:
27
        1)  Summary judgment is GRANTED on plaintiff's Fourth Amendment excessive force claim;
28
        2)  Summary judgment is DENIED on plaintiff's Fourth Amendment unreasonable arrest

            claim;

Order Granting Summary Judgment
in Part and Denying Summary Judgment in Part          1

1          3)  Summary judgment is DENIED on plaintiff's false imprisonment claim;

2          4)  Summary judgment is DENIED on the issue of punitive damages.

3    IT IS SO ORDERED.

4    **Dated:    August 17, 2011**                          **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28