James N. Fincher, S.B.N.  196837
Merced County Counsel
Roger S. Matzkind, S.B.N. 77331
Chief Civil Litigator
James E. Stone, S.B.N. 197803
Deputy County Counsel
2222 M Street
Merced, Ca  95340
Tel:    (209) 385-7564
Fax:   (209) 726-1337

Attorney for Merced County Deputy Sheriffs Clark and Macias

United States District Court

Eastern District of California

| | |
|---|---|
| Theodore Furtado Medeiros,<br><br>          Plaintiff,<br><br>     v.<br><br>Merced County Sheriff Deputy Clark (#5142), individually and in his official capacity, Merced County Sheriff Deputy Eric Macias (#5185), individually and in his official capacity, and Does 1-20,<br><br>          Defendants. | Case No. 1:09-cv-01177-GSA<br><br>**Stipulation and Order For Dismissal With Prejudice** |

       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff

Theodore Furtado Medeiros and Defendants Deputy Lane Clark and Deputy Eric

Macias ("County Defendants"), by and through their respective undersigned

counsel, that the entire action be dismissed with prejudice pursuant to Rule

41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own

attorney fees and costs.

///

///

1   Dated: August 22, 2013                Law offices of Stephen Solano

2

3                                         By:  /s/ Stephen Solano
                                               Stephen Solano, Esq.
4                                              Attorney for Plaintiff

5

6   Dated: August 23, 2013                James N. Fincher
                                          Merced County Counsel
7

8

9                                         By:  /s/ Roger S. Matzkind
                                               Roger S. Matzkind,
10                                             Chief Civil Litigator,
                                               Attorney for County of Merced,
11                                             Deputy Lane Clark and Deputy
                                               Erick Macias
12

13

14

15                                **Order**

16        Pursuant to the stipulation of the parties filed on August 29, 2013, IT IS

17   HEREBY ORDERED that the entire action is dismissed with prejudice pursuant

18   to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their

19   own attorney fees and costs.  The Clerk of the Court is directed to close this

20   action.

21

22

23   IT IS SO ORDERED.

24      Dated:   **August 30, 2013**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28